Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd, Suite 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| ROY CARR | ) | Case No.: 3:08-cv-05776-PJH |
| Plaintiff, | ) ) ) | |
| vs. | ) | **VOLUNTARY DISMISSAL** |
| MANN BRACKEN, | ) ) ) | |
| Defendant. | ) ) | |

**VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, ROY CARR, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: February 20, 2009          KROHN & MOSS, LTD.


                                  By:    /s/ Nicholas J. Bontrager       _
                                         Nicholas J. Bontrager
                                         Attorney for Plaintiff

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

2/26/09

- 1 -

Voluntary Dismissal